UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 07 B 23228
    STEPHEN W GASTON
                                        CHAPTER 13

                                        JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-1210
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 12/11/07 .

   2. The case was dismissed without confirmation, 02/01/2008.

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------

        Summary of disbursements:
--------------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00         .00          .00
PRINCIPAL PAID         .00         .00         .00         .00          .00
INTEREST PAID          .00         .00         .00         .00          .00
TOTAL PAID             .00         .00         .00         .00          .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $     .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .


        Dated: 05/21/08            /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 07 B 23228 STEPHEN W GASTON
```